**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSEPH J. HINCHEY,

                          Plaintiff,                  17 **CIVIL** 8034 (NSR)

           -against-                            **JUDGMENT**

FIRST UNUM LIFE INSURANCE COMPANY
and MANHATTANVILLE COLLEGE,
                          Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 20, 2020, Defendants' motion for summary judgment is granted and Plaintiff's cross-motion for summary judgment is denied, and judgment is entered in favor of Defendants.

**Dated:** New York, New York
           March 23, 2020

                                                       **RUBY J. KRAJICK**
                                             _____
                                                       **Clerk of Court**
               **BY:**
                                                   _____
                                                      **Deputy Clerk**